258 So.2d 378

Kenneth WEBER

v.

PHOENIX ASSURANCE COMPANY
OF NEW YORK et al.

No. 52227.

March 8, 1972.

In re: Kenneth Weber applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So.2d 752.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

258 So.2d 378

William J. SIMON

v.

FORD MOTOR COMPANY et al.

No. 52228.

March 8, 1972.

In re: William J. Simon applying for certiorari, or writ of review, to the Court

of Appeal, First Circuit, Parish of East Baton Rouge.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.